# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| CASSIE LOUISE MCKENZIE, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>BROTON, Warden, )<br>)<br>Respondent. ) | Case No. 7:25-cv-00988-CLM-NAD |

## ORDER

On June 20, 2025, Petitioner Cassie Louise McKenzie filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Doc. 1. On July 15, 2025, Petitioner McKenzie paid the filing fee.

Respondent Broton is **ORDERED** to appear and show cause in writing, within **30 days,** why McKenzie's petition should not be granted. In the response, Respondent must include a thorough discussion of all matters of fact and law relating to the petition, including any argument that the petitioner must exhaust her administrative remedies and has not done so.

The Clerk is **DIRECTED** to serve a copy of this order on Petitioner McKenzie.

The Clerk is further **DIRECTED** to serve on the United States Attorney for the Northern District of Alabama (1) a copy of this order, and (2) a copy of the

1

petition for a writ of habeas corpus (Doc. 1).

**DONE** and **ORDERED** this July 21, 2025.

_____
**NICHOLAS A. DANELLA**
UNITED STATES MAGISTRATE JUDGE