**FSA Time Credit Assessment**
Register Number:63227-510, Last Name:MCKENZIE

**U.S. DEPARTMENT OF JUSTICE**      **FEDERAL BUREAU OF PRISONS**

```
Register Number....: 63227-510            Responsible Facility: ALI
Inmate Name                               Assessment Date.....: 07-30-2025
  Last.............: MCKENZIE             Period Start/Stop...: 04-05-2024 to 07-30-2025
  First............: CASSIE               Accrued Pgm Days....: 481
  Middle...........: LOUISE               Disallowed Pgm Days.: 0
  Suffix...........:                      FTC Towards RRC/HC..: 0
Gender.............: FEMALE               FTC Towards Release.: 210
Start Incarceration: 02-14-2024           Apply FTC to Release: Yes
```

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 04-05-2024 | 10-30-2024 | accrue | 208 |

```
  Accrued Pgm Days...: 208
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 60
```
--------------------------------------------------------------------------------

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 10-30-2024 | 07-30-2025 | accrue | 273 |

```
  Accrued Pgm Days...: 273
  Carry Over Pgm Days: 28
  Time Credit Factor.: 15
  Time Credits.......: 150
```

**--- FSA Assessment(s) --------------------------------------------------------------**

| # | Start | Stop | Assignment | Asn Start | Factor |
|---|---|---|---|---|---|
| 001 | 04-05-2024 | 05-03-2024 | R-MIN | 05-09-2024 08:26 | 10 |
| 002 | 05-03-2024 | 10-30-2024 | R-MIN | 05-09-2024 08:26 | 10 |
| 003 | 10-30-2024 | 04-28-2025 | R-MIN | 09-30-2024 08:06 | 15 |
| 004 | 04-28-2025 | 10-25-2025 | R-MIN | 03-06-2025 13:15 | 15 |

FSA Time Credit Assessment

Register Number:63227-510, Last Name:MCKENZIE

**U.S. DEPARTMENT OF JUSTICE**                          **FEDERAL BUREAU OF PRISONS**

---

--- Best Case Scenario - Conditional Pre-release Planning & Preparation Only ------------------
All conditional days and conditional dates below are the individual's best case scenario given the individual's FSA/FTC status and best case Second Chance Act (SCA) days as of 07-30-2025. These dates can change if there are changes to one or more of the following: the individuals FSA risk, FSA opt-in/opt-out status, or best case SCA days.

**SCA DAYS ARE NOT GUARANTEED AND REQUIRE AN INDIVIDUALIZED ASSESSMENT! THEREFORE, IF A DEFAULT OF 0 DAYS IS REFLECTED, THIS DATE IS SUBJECT TO CHANGE BASED ON THE REQUIRED FIVE-FACTOR REVIEW UNDER 18 USC SEC. 3621(B). AN INDIVIDUAL WHO HAS PENDING CHARGES/DETAINERS ARE NOT ELIGIBLE FOR SCA TIME. THE FIVE-FACTOR REVIEW INVOLVES THE FOLLOWING: (1)THE RESOURCES OF THE FACILITY CONTEMPLATED; (2) THE NATURE AND CIRCUMSTANCES OF THE OFFENSE; (3) THE HISTORY AND CHARACTERISTICS OF THE PRISONER; (4) ANY STATEMENT BY THE COURT THAT IMPOSED THE SENTENCE: (a)CONCERNING THE PURPOSES FOR WHICH THE SENTENCE TO IMPRISONMENT WAS DETERMINED TO BE WARRANTED; OR (b) RECOMMENDING A TYPE OF PENAL OR CORRECTIONAL FACILITY AS APPROPRIATE; AND (5) ANY PERTINENT POLICY STATEMENT ISSUED BY THE U.S. SENTENCING COMMISSION.**
---

Projected Release Date: 08-07-2031
Projected Release Method: GCT REL
FSA Projected Release Date: 01-09-2031
FSA Projected Release Method: FSA REL
FSA Conditional Release Date: 08-07-2030
SCA Recommended Placement Days (Following 5 Factor Review): 330
SCA Recommended Placement Date: 09-11-2029
SCA Max. Statutory HC Placement Days if appropriate (lesser of 6 months/10%): 182
FSA Conditional Placement Days: 495
FSA Conditional Placement Date: 03-30-2029
Conditional Transition To Community Date: 05-04-2028
Maximum Statutory Home Confinement Placement Date (if appropriate): 09-29-2028
Recommended Home Confinement Placement Date (if appropriate): 09-29-2028