UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

**CASSIE LOUISE MCKENZIE,**
    Petitioner,

v.

**BROTON, Warden**,
    Respondent.

Case No. 7:25-cv-988-CLM-NAD

# MEMORANDUM OPINION

The magistrate judge has entered a report (doc. 10) recommending that the court deny and dismiss Petitioner Cassie Louise McKenzie's 28 U.S.C. § 2241 petition for writ of habeas corpus. No objections have been filed.

After considering the record and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court will deny and dismiss without prejudice McKenzie's petition.

The court will enter a separate final judgment that carries out this ruling and closes this case.

**Done** and **Ordered** on February 11, 2026.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE